IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH D. WHITE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 22-CV-00546-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 25, 2024 (Doc. 30), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: January 25, 2024**

                        MONICA A. STUMP,
                        Clerk of Court


                        By: *s/ Jackie Muckensturm*
                               **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                 STEPHEN P. MCGLYNN
                 U.S. District Judge

1